UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
MIDDLE DIVISION

Jacqueline Fraizer            CASE NO.: 3:17-bk-04006-PMG
                                                   Chapter: 13

Debtor(s).

_____

**MOTION TO SET ASIDE ORDER OF DISMISSAL**

Debtor, **Jacqueline Frazier**, by and through her undersigned attorney files this motion and states:

1. An Order of Dismissal was entered on Febuary 9, 2018.

2. The case was dismissed due to failure to attend the Meeting of Creditors and provide financial information.

3. The Debtor now has the financial information available.

4. The creditors will not be prejudiced by the Court setting aside the dismissal in this case.

**WHEREFORE**, the Debtor requests that this Honorable Court set aside the Order of Dismissal dated February 9th, 2018.

**DATED** this 16th day of February, 2018.

                                               By:    /s/ Gerald B. Stewart
                                                        **GERALD B. STEWART, ESQUIRE**
                                                        **Florida Bar No.: 285412**
                                                        24 N. Market Street, Suite 402
                                                        Jacksonville, Florida  32202
                                                        904.353.8876
                                                        904.356.2776 (Facsimile)
                                                        Stewartlaw7272@gmail.com
                                                        *Attorney for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to **Douglas W. Neway, Trustee, Post Office Box 4308, Jacksonville, Florida  32201; Assistant U.S. Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida  32801** and to all interested parties listed on the attached current matrix via U.S. Mail and electronic CM/ECF system this 16th day of February  2018.

/s/ Gerald B. Stewart
**GERALD B. STEWART, ESQUIRE**